## **INDEX OF EXHIBITS**

A    Summons and Complaint

B    Notice of Removal